# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| TA'VORREOUS KEON FLEMING | CIVIL ACTION NO. 25-0168-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| VICTOR LLANITO, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 16th day of April, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE